**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Angel Ricardo Romero**<br>DOB: 2001; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>20-06046MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about September 2, 2020, in the District of Arizona, Angel Ricardo Romero knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 6,000 rounds of Red Army Standard 7.62x39 ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On September 2, 2020, U.S. Customs and Border Protection Officers conducting outbound inspection operations at the Mariposa Port of Entry in Nogales, Arizona, encountered Angel Ricardo ROMERO as he attempted to exit the United States and enter Mexico as the driver and sole occupant of a vehicle. During a routine outbound inspection, officers conducted a search of ROMERO's vehicle and observed a large speaker box in the trunk that was very heavy and difficult to move. Officers utilized a density reader and noticed there was an object inside the center hole of the speaker box. A subsequent search of the speaker box yielded the discovery of 6,000 rounds of Red Army Standard 7.62x39 ammunition.

During a post-Miranda statement, ROMERO admitted to attempting to transport ammunition from the United States into Mexico for monetary gain. ROMERO stated he would receive $800 for every thousand rounds he smuggled. ROMERO admitted that he concealed the ammunition inside of a speaker box in the trunk of his vehicle. ROMERO stated that he knew the ammunition was going to the "mafia" in Mexico. ROMERO also stated that he had successfully smuggled 6,000 rounds of ammunition into Mexico the previous day, and planned to smuggle an additional 30,000 rounds of ammunition into Mexico once a week. ROMERO stated he did not have a license to export ammunition from the United States.

The 6,000 rounds of Red Army Standard 7.62x39 ammunition ROMERO intended to export qualifies as United States Commerce Control List items, and therefore is prohibited by law for export from the United States into Mexico without a valid license. Neither ROMERO nor any other individual involved in the smuggling venture had a license or any other lawful authority to export the ammunition from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br>BRYAN DEL VILLAR  *Digitally signed by BRYAN DEL VILLAR Date: 2020.09.03 10:27:00 -07'00'* |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Bryan Del Villar |

Sworn by telephone  __x__

| SIGNATURE OF MAGISTRATE JUDGE[1]    *Lynnette C. Kimmins* | DATE<br>September 3, 2020 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54